IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SALLY MAE McKINNEY                                            PLAINTIFF

VS.                                        CIVIL ACTION NO. 4:09cv131 TSL-LRA

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION                                                DEFENDANT

### O R D E R

This cause came on this date to be heard upon the report and recommendation of the United States magistrate judge, and the court, having fully reviewed the report and recommendation of the United States magistrate judge entered in this cause on or about February 11, 2011, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Linda R. Anderson entered on or about February 11, 2011, be, and the same is hereby adopted as the finding of this court,.  Defendant's [8] motion to affirm will be granted, and the cause will be dismissed with prejudice.  A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this the      3rd       day of March, 2011.

　　　　　　　　　　　　　　　　　　　　　 /s/Tom S. Lee
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE